1   Glenn R. Kantor (SBN 122643)
      E-mail: gkantor@kantorlaw.net
2   Lisa S. Kantor (SBN 110678)
      E-mail: lkantor@kantorlaw.net
3   KANTOR & KANTOR, LLP
    19839 Nordhoff Street
4   Northridge, California 91324
    Telephone: (818) 886-2525
5   Facsimile:  (818) 350-6272

6   Attorneys for Plaintiff,
    GABRIELLA RAYGOZA,
7   on behalf of all others similarly situated

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  GABRIELLA RAYGOZA,                      Case No. 2:15-cv-03741-AB-JC
    on behalf of herself and all others
12  similarly situated,                     Judge: Hon. Andre Birotte, Jr.

13                                          **NOTICE OF DISMSISSAL OF
                                            ENTIRE ACTION WITH
14                  Plaintiffs.             PREJUDICE**

15      vs.

16  CONAGRA FOODS, INC. WELFARE
    BENEFIT WRAP PLAN,
17
                    Defendant.
18

19          NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil

20  Procedure 41(a)(1), Plaintiff voluntarily dismisses Defendant Conagra Foods, Inc.

21  Welfare Benefit Wrap Plan, in the above action with prejudice.

22

23  DATED: January 29, 2018                 KANTOR & KANTOR, LLP
                                     BY:    */s/ Glenn R. Kantor*
24                                          Glenn R. Kantor
                                            Lisa S. Kantor
25                                          Attorneys for Plaintiff,
                                            GABRIELLA RAYGOZA,
26                                          on behalf of all others similarly
                                            situated
27

28

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE